IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE CIVIL DIVISION

Maicador Sendirian Berhad,

Plaintiff,

v.

Passages, Ltd.,

Defendant.

Civil Action, File No.CV-01-1002

**STIPULATION FOR DISMISSAL AND ORDER**

The parties have entered into a mediation settlement agreement as of August 17, 2001. Passages, Ltd. has fully performed its obligations thereunder.

Therefore, it is hereby stipulated and agreed by and between the parties, Maicador Sendirian Berhad and Passages, Ltd. that all claims, causes of action, complaints, counterclaims, cross-claims and claims of every other nature or description, whether or not asserted in this action, have been fully settled to the mutual satisfaction of the parties.

Therefore, this action and all claims, causes of action, complaints, counterclaims, cross-claims and claims of every other nature or description, whether or not asserted in this action may be and the same hereby are, dismissed, with prejudice on the merits, and without costs to either party.

The Court is hereby authorized to enter an Order of Dismissal in accordance with the terms of this Stipulation without prior notice or hearing and upon application of any party.

FILED SEP 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

445624/1

Dated: August 23, 2001

MOSS & BARNETT
A Professional Association

By ______________________
Cass S. Weil #115228
Attorneys for Defendant
4800 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

Dated: August 23, 2001

JOHN M. GEARIN, P.A.

By ______________________
John M. Gearin, #028225x
Attorneys for Plaintiff
7300 Hudson Blvd., Suite 290
St. Paul, MN 55128
Telephone: (651) 227-8751

**ORDER FOR DISMISSAL**

IT IS HEREBY ORDERED:

The above-entitled action and all claims, causes of action, complaints, counterclaims and cross-claims and claims of every nature or description, whether or not asserted therein, are hereby dismissed, with prejudice, on the merits and without costs to either party.

August 31, 2001

______________________
Paul A. Magnuson,
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500